IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVAN TANSIL<br>*Plaintiff* | : CIVIL ACTION<br>:<br>: NO. 16-4150 |
| v. | : |
| JAMES F. VANDER, et al.<br>*Defendant* | :<br>: |

# O R D E R

**AND NOW**, this 3rd day of November 2016, a review of the docket reveals that Plaintiff has failed to comply with this Court's October 4, 2016, Order, [ECF 2], by not serving the summons and complaint upon Defendant[s] within 90 days as required by Federal Rule of Civil Procedure 4(m). Therefore, it is hereby **ORDERED** that this action is **DISMISSED**, without prejudice.

The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*